# APPENDIX

| | | |
|---|---|---|
| EXHIBIT | 1 | DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT DATED DEC. 5, 2005 |
| EXHIBIT | 2 | INTERNAL CORRESPONDENCE IN REGARD TO OCCURRENCE |
| EXHIBIT | 3 | MR. RILEY MEDICAL RECORDS FROM DR. JEFFREY MEYER, M.D. |
| EXHIBIT | 4 | PRISONER ACTIVITY LOG |
| EXHIBIT | 5 | ARREST RECORD OF MR. RILEY |
| EXHIBIT | 6 | PICTURE OF 1425 MANOR LANE DRIVE – FRONT AND INSIDE OF HOUSE |
| EXHIBIT | 7 | LIST OF PROPERTY ILLEGALLY SEIZED FROM MR. RILEY HOUSE |
| EXHIBIT | 8 | INTERNAL CORREPONDENCE FROM DEFENDANT HODGES TO INTERNAL AFFAIRS |
| EXHIBIT | 9 | PLAINTIFFS REQUEST FOR VOIR DIRE QUESTIONS |
| EXHIBIT | 10 | PLAINTIFFS PROPOSED JURY INSTRUCTION |

EXHIBIT     11              PLAINTIFFS PROPOSED VERDICT SHEET

EXHIBIT     12              LIST OF PLAINTIFFS WITNESSES